IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  3:07cr135/RV
 3:10cv106/RV/MD

GEORGE ARMAN SALMORAN-CALDERON

**O R D E R**

This cause is before the court upon the government's response to defendant's motion to vacate, set aside or correct sentence pursuant to Title 28, United States Code, Section 2255 (doc. 195). Before the court rules on this matter, the defendant shall have the opportunity to respond.

Accordingly, it is ORDERED:

Defendant shall have **twenty-eight (28) days** from the date this order is entered on the docket in which to file a reply to the government's response.

DONE AND ORDERED this 12th day of July, 2010.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**