IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 3:07cr135/RV
 3:10cv106/RV/CJK

GEORGE ARMAN SALMORAN-CALDERON
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on November 27, 2012, pursuant to 28 U.S.C. § 636(b)(1)(B), the Recommendation is adopted as the opinion of the Court. No objections have been filed.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 189) pursuant to 28 U.S.C. § 2255 is DENIED.

DONE AND ORDERED this 9th day of January, 2013.

 /s/ *Roger Vinson*
 ROGER VINSON
 SENIOR UNITED STATES DISTRICT JUDGE